MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Criminal Chief

NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
Facsimile: (408) 535-5066
E-Mail:   nat.cousins@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY NGUYEN CHE<br><br>Defendant. | CR No. 10-00561 JW<br><br>**UNITED STATES' MOTION FOR VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF THE INDICTMENT;**<br>**and [proposed] ORDER** |

The United States moves under Fed. R. Crim. P. 48(a) for leave of court to dismiss, without prejudice, the Indictment against defendant Anthony Nguyen Che. The Indictment charges Che with a one-count felony violation of 18 U.S.C. § 922(g)(1) for possession of firearm and ammunition by a felon. Che has not been arraigned on the charge.

Under Rule 48(a), the government may, with leave of court, dismiss an indictment or counts of an indictment. Fed. R. Crim. P. 48(a); *United States v. Garcia-Valenzuela*, 232 F.3d 1003, 1007 (9th Cir. 2000). When the government moves to dismiss counts in an indictment, "the district court has limited discretion to deny the motion." *Garcia-*

U.S. MOT. TO DISMISS
CR 10-00561 EXE, U.S. v. Che

1   *Valenzuela*, 232 F.3d at 1007.  That is because, "[U]nder our system of separation of

2   powers, the decision whether to prosecute, and the decision as to the charge to be filed,

3   rests in the discretion of the Attorney General or his delegates, the United States

4   Attorneys." *Id.* (citations omitted).

5       In addition, "Rule 48(a) allows the government, provided it is not acting in bad

6   faith, to dismiss an indictment without prejudice." *United States v. Hayden*, 860 F.2d

7   1483, 1488 (9th Cir.1988).

8       In this case, the government understands that defendant Che has been prosecuted

9   in state court and is currently serving a three-year sentence.  In the interest of efficient

10  justice, the government therefore moves to dismiss the Indictment without prejudice.  A

11  proposed order follows.

12

13                                              Respectfully submitted,

14  Dated: November 5, 2010                     MELINDA HAAG
                                                United States Attorney
15
                                                /s/
16                                              NATHANAEL M. COUSINS
                                                Assistant United States Attorney
17

18               [proposed] ORDER CR No. 10-00561-JW

19      Upon review of the government's motion under Fed. R. Crim. P. 48(a) for leave of

20  court to dismiss, without prejudice, the Indictment against defendant Anthony Che, the

21  Court GRANTS the motion, finds that the motion is made in good faith, and hereby

22  dismisses, without prejudice, the Indictment.

23
    Date: ___November 12, 2010___
24
                                                _____
25                                              HON. JAMES WARE
                                                UNITED STATES DISTRICT COURT JUDGE
26

27

28

U.S. MOT. TO DISMISS
CR 10-00561 EXE, U.S. v. Che                    2